STATE OF SOUTH CAROLINA )    IN THE COURT OF COMMON PLEAS

COUNTY OF HORRY )

MARIA ZAMORA, )    Civil Action No. 2017-CP-26-03168

        Plaintiff, )

        v. )    **NOTICE OF FILING NOTICE OF REMOVAL**

LANDSCAPE RESOURCES, LLC & )
JAMES R. HORTON, )

        Defendants. )

---

**TO:**    **THE ABOVE NAMED PLAINTIFF, MARIA ZAMORA, AND DAVID J. CANTY, ESQUIRE, PLAINTIFF'S ATTORNEY, AND HORRY COUNTY COURT OF COMMON PLEAS:**

     **YOU WILL PLEASE TAKE NOTICE** that Defendants Landscape Resources, LLC & James R. Horton, on the 19th day of July, 2017, filed with the Clerk of Court for the United States District of South Carolina, Florence Division, a Notice of Removal of the above captioned case from the Court of Common Pleas for Horry County, South Carolina, to the United States District Court for the District of South Carolina, Florence Division. A copy of said Notice is provided herewith and made a part hereof.

                     MCANGUS GOUDELOCK & COURIE, L.L.C.

                     *s/Amy Y. Jenkins*
                     Amy Y. Jenkins, S.C. Bar No. 12239
                     Jonathan G. Lane, S.C. Bar No. 101787
                     Post Office Box 650007
                     735 Johnnie Dodds Blvd., Suite 200 (29464)
                     Mt. Pleasant, South Carolina 29465
                     Phone: (843) 576-2900
                     Email: amy.jenkins@mgclaw.com
                     ATTORNEYS FOR DEFENDANTS

July 19, 2017



STATE OF SOUTH CAROLINA )    IN THE COURT OF COMMON PLEAS

COUNTY OF HORRY )

MARIA ZAMORA, )    Civil Action No. 2017-CP-26-03165

        Plaintiff, )

        v. )    **CERTIFICATE OF SERVICE**

LANDSCAPE RESOURCES, LLC & )
JAMES R. HORTON., )

        Defendants. )

I hereby certify that I have this 19th day of July, 2017, served a copy of the foregoing

***Notice of Filing Notice of Removal*** with the Clerk of court using the South Carolina E-Filing

System which will send notification of such filing to the following:

        David J. Canty, Esquire
        David J. Canty, P.A.
        4612 Oleander Drive
        Myrtle Beach, South Carolina  29577
        (843) 449-4249
        ***Attorney for Plaintiff***

        McANGUS GOUDELOCK & COURIE, L.L.C.

        *s/Amy Y. Jenkins*
        Amy Y. Jenkins, S.C. Bar No. 12239
        Jonathan G. Lane, S.C. Bar No. 101787
        Post Office Box 650007
        735 Johnnie Dodds Blvd, Suite 200 (29464)
        Mt. Pleasant, South Carolina 29465
        (843) 576-2900

        ATTORNEYS FOR DEFENDANTS